| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | VARELL L. FULLER |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant LODHI |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-00309-LHK |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER CONTINUING HEARING DATE |
| vs. | ) AND EXCLUDING TIME UNDER THE |
| | ) SPEEDY TRIAL ACT |
| FAUZIA LODHI, | ) |
| Defendant. | ) |

## STIPULATION

Defendant Fauzia Lodhi, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorneys Matthew A. Parella and Daniel Kaleba, hereby stipulate that, with the Court's approval, the status hearing currently set for Wednesday, November 16, 2011, at 10:00 a.m., shall be continued to Wednesday, January 18, 2012, at 10:00 a.m.

The reason for the requested continuance is defense counsel requires additional time to review and organize the 8,918 pages of printed discovery received to date. The discovery provided to date includes, but is not limited to, hours of video depositions of Ms. Lodhi, voluminous financial and State Farm Insurance claim records, numerous witness interviews, and

forensic arson investigation reports that pertain to counts thirteen and fourteen of the indictment. Based on the volume of discovery provided, defense counsel's on-going review of those materials, the complexity of the issues with respect to the charged offenses, and defense counsel's on-going investigation, the defense request additional time to effectively prepare. The defense therefore respectfully requests a continuance of the status hearing date set in this matter to January 18, 2012.

The parties agree that the time between November 16, 2011, and January 18, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by both counsel.

Dated: November 9, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: November 9, 2011  _____/s/_____
MATTHEW A. PARELLA
Assistant United States Attorney

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Wednesday, November 16, 2011, shall be continued to Wednesday, January 18, 2012, at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between November 16, 2011, and January 18, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§

1  3161(h)(7)(B)(iv).

2　　　　THE COURT FINDS that the ends of justice served by excluding the time between

3  November 16, 2011, and January 18, 2012, from computation under the Speedy Trial Act

4  outweigh the interests of the public and the defendant in a speedy trial.

5　　　　THEREFORE, IT IS HEREBY ORDERED that the time between November 16, 2011,

6  and January 18, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.

7  § 3161(h)(7)(A) and (B)(iv).

8　　　　IT IS SO ORDERED.

9  Dated:     11/9/11

THE HONORABLE LUCY H. KOH
United States District Judge