GEOFFREY A. HANSEN
Acting Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LODHI

Filed

JUN 2 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00309 LHK |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND CONTINUING HEARING DATE |
| vs. | |
| FAUZIA LODHI, | |
| Defendant. | |

## STIPULATION

The United States, by and through Assistant United States Attorney Matthew A. Parrella, and defendant Fauzia Lodhi, by and through Assistant Federal Public Defender Varell L. Fuller, hereby stipulate that, with the Court's approval, the briefing schedule and hearing date for the motions hearing set for August 1, 2012 at 9:00 a.m., be modified as follows:

Defendant's motions, currently due June 20, 2012, would be due June 29, 2012.

Government's reply, currently due July 11, 2012, would be due July 20, 2012.

Defendant's response, if any, currently due July 18, 2012, would be due July 27, 2012.

The hearing date would be moved to August 8, 2012, or a date thereafter at the

Stipulation and [Proposed] Order
No. CR 11-00309 LHK          1

1 | convenience of the Court.

2 | The reason for the requested modification of the briefing schedule is to accommodate
3 | defense counsel's travel plans.

4 | IT IS SO STIPULATED.

6 | Dated: June 19, 2012

/s/
VARELL L. FULLER
Assistant Federal Public Defender

10 | Dated: June 19, 2012

/s/
MATTHEW A. PARRELLA
Assistant United States Attorney

[PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule and hearing date for the motions hearing presently set for August 1, 2012, be modified as follows:

Defendant shall file motions by June 29, 2012.

Government shall file its reply by July 20, 2012.

Defendant shall file its response, if any, by July 27, 2012.

The date and time of the hearing shall be continued to August 8, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated:

The Honorable Lucy H. Koh
United States District Judge

Stipulation and [Proposed] Order
No. CR 11-00309 LHK

*Handwritten annotation:* DENIED. Speedy Trial Act exclusion from earlier stipulation is missing. Is that intentional? Parties shall clarify.

Date: June 20, 2012

Lucy H. Koh
U.S. District Judge